UNITED STATES DISTRICT COURT

Northern District of California

MIKE QUAN, et al.,

                Plaintiffs,
  v.

SAN FRANCISCO POLICE DEPT., et al.,

                Defendants.
_____/

No. C 10-1835 MEJ

**ORDER RE: WITHDRAWAL OF COUNSEL**

On November 2, 2010, Plaintiffs and their counsel, Mark L. Webb, filed a Stipulation to Withdraw Mark L. Webb as Counsel of Record. (Dkt. #20.) However, the stipulation does not name a new attorney and instead states that Plaintiffs will locate a new attorney and therefore file a substitution of counsel. Pursuant to Civil Local Rule 11-5, "Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Accordingly, Plaintiffs' substitution is DENIED WITHOUT PREJUDICE to the filing of a properly noticed motion pursuant to Civil Local Rules 7 and 11-5, or the filing of a substitution of counsel.

**IT IS SO ORDERED.**

Dated: November 3, 2010

                                                                 _____
                                                                 Maria-Elena James
                                                                 Chief United States Magistrate Judge