DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
MARGARET W. BAUMGARTNER, State Bar #151762
Deputy City Attorney
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4268
Facsimile:     (415) 554-3837
E-Mail:        robert.bonta@sfgov.org

Attorneys for Defendants
SAN FRANCISCO POLICE DEPARTMENT,
CITY AND COUNTY OF SAN FRANCISCO,
MAYOR GAVIN NEWSOM, IN HIS OFFICIAL
CAPACITY, AND OFFICER LARRY BERTRAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE QUAN, as an individual, and also as proprietor of PLAYBAR, INC., dba THE ROOM, and JAVIER MAGALLON,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, OFFICER LARRY BERTRAND, CALIFORNIA DEPARTMENT OF ALCOHOL BEVERAGE CONTROL, STATE OF CALIFORNIA, OFFICER MICHELLE OTT, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV-10-1835-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR MOTIONS TO COMPEL, EXPERT DISCLOSURES, AND INDEPENDENT PSYCHOLOGICAL EXAMINATIONS**<br><br>Date Action Filed:     March 29, 2010<br>Trial Date:            September 19, 2011 |

The undersigned parties, through counsel and plaintiff in pro per, respectively, STIPULATE and AGREE and jointly request modification of the Court's Case Management Order of September 17, 2010 as follows:

1    Deadline for Motions to Compel:  April 8, 2011  (from March 25, 2011)

2    Liability Expert Witness Disclosures:  April 8, 2011 (from February 18, 2011)

3    Liability Rebuttal Expert Witness Disclosures:  April 18, 2011 (from February 28, 2011)

4    Last Day for Plaintiffs To Participate In An Independent Psychological Examination:  June
5  2, 2011 (from March 15, 2011)

6    Damages Expert Witness Disclosures:  June 23, 2011  (from February 18, 2011)

7    Damages Rebuttal Expert Witness Disclosures:  July 5, 2011 (from February 28, 2011)

8    All other dates, including the trial date, will remain the same.

9    The parties make this request under the following circumstances:

10   On December 21, 2010, the Court granted plaintiffs' attorney Mark Webb's request to
11  withdraw as counsel for plaintiffs.  Since that time, very little has occurred in the above-captioned
12  case.  These minor scheduling modifications are requested to help get this case back on track.

13   The parties request continuations of the specified pretrial deadlines as set forth above.

14   There have been no other modifications to the Court's Case Management Order.  No other
15  dates, besides the aforementioned, will be affected by the requested changes.

Stip & Order Cont. Pretrial Dates - USDC No. 10-CV-1835-MEJ     n:\lit\li2011\101102\00692449.doc

**SIGNATURE PAGE TO STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR MOTIONS TO COMPEL, EXPERT DISCLOSURES, AND INDEPENDENT PSYCHOLOGICAL EXAMINATIONS**

Dated:  April 8, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney
ROBERT A. BONTA
Deputy City Attorney


By:*/s/ Robert A. Bonta*
    ROBERT A. BONTA

Attorneys for Defendants
SAN FRANCISCO POLICE DEPARTMENT,
CITY AND COUNTY OF SAN FRANCISCO,
MAYOR GAVIN NEWSOM, IN HIS OFFICIAL
CAPACITY, AND OFFICER LARRY BERTRAND

Dated:  April 8, 2011

KAMALA HARRIS
Attorney General of California
JOHN P. DEVINE
Deputy Attorney General


By:*/s/ John P. Devine*
    John P. Devine

Attorneys for Defendants
STATE OF CALIFORNIA, ACTING BY AND
THROUGH THE DEPARTMENT OF ALCOHOL
BEVERAGE CONTROL, AND MICHELLE OTT

Dated: April 8, 2011

By: /s/ *Mike Quan*
MIKE QUAN

Formerly Pro Per Plaintiff
As of April 7, 2011 represented by
LIPTON, PIPER & SGANGA
ARTHUR C. LIPTON, ESQ.[1]

Dated: April 8, 2011

By:/s/ *Javier Magallon*
JAVIER MAGALLON

Pro Per Plaintiff

**\*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM THE OTHER SIGNATORIES.**

---

[1] Mr. Lipton, on behalf of Mr. Quan, agreed to June 2, 2011 as the Last Day for Plaintiffs To Participate In An Independent Psychological Examination. Mr. Quan agreed to the balance of the deadlines when he was a pro per plaintiff.

4

Stip & Order Cont. Pretrial Dates - USDC No. 10-CV-1835-MEJ         n:\lit\li2011\101102\00692449.doc

## ORDER

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that the pre-trial deadlines be continued as follows:

Deadline for Motions to Compel:  April 8, 2011

Liability Expert Disclosures:  April 8, 2011

Rebuttal expert Witness Disclosures Due:  April 18, 2011

Last Day for Plaintiffs To Participate In An Independent Psychological Examination:  June 2, 2011

Damages Expert Disclosures:  June 23, 2011

Damages Rebuttal Expert Witness Disclosures:  July 5, 2011

All other dates, including the trial date, will remain the same.

DATED:  April 12, 2011

Hon. Maria-Elena James
Magistrate Judge

# PROOF OF SERVICE

I, Catheryn M. Daly, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On April 8, 2011, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR MOTIONS TO COMPEL, EXPERT DISCLOSURES, AND INDEPENDENT PSYCHOLOGICAL EXAMINATIONS**

on the following persons at the locations specified:

Javier Magallon
1164 DeHaro Street
San Francisco, CA  94107
Telephone:    933-7898

*Plaintiffs In Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed April 8, 2011, at San Francisco, California.

/s/  *Catheryn M. Daly*
        Catheryn M. Daly