1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  MARGARET W. BAUMGARTNER, State Bar #151762
   Deputy City Attorney
4  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
5  Fox Plaza
   1390 Market Street, Seventh Floor
6  San Francisco, California 94102-5408
   Telephone:     (415) 554-4268
7  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org
8

9  Attorneys for Defendants
   SAN FRANCISCO POLICE DEPARTMENT,
10 CITY AND COUNTY OF SAN FRANCISCO,
   MAYOR GAVIN NEWSOM, IN HIS OFFICIAL
11 CAPACITY, AND OFFICER LARRY BERTRAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE QUAN, as an individual, and also as proprietor of PLAYBAR, INC., dba THE ROOM, and JAVIER MAGALLON,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT, CITY AND COUNTY OF SAN FRANCISCO, MAYOR GAVIN NEWSOM, OFFICER LARRY BERTRAND, CALIFORNIA DEPARTMENT OF ALCOHOL BEVERAGE CONTROL, STATE OF CALIFORNIA, OFFICER MICHELLE OTT, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV-10-1835-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR DISCOVERY, MOTIONS TO COMPEL, EXPERT DISCLOSURES, AND INDEPENDENT PSYCHOLOGICAL EXAMINATIONS**<br><br>Date Action Filed:   March 29, 2010<br>Trial Date:          None set |

1  The undersigned parties, through counsel, STIPULATE and AGREE and jointly request modification of the Court's Order of April 21, 2011 as follows:

WHEREAS, the court recently denied Plaintiffs' motion to amend the complaint;

WHEREAS, Defendants have on file a motion for summary judgment that may result in judgment for all defendants on all causes of action;

WHEREAS, the court set dates for filing of briefs on the motion for summary judgment;

WHEREAS, the parties wish to save the time and expense of continuing to litigate this matter in light of the pending motion for summary judgment;

THEREFORE, all dates for discovery cut off, due dates for pending discovery requests (including interrogatories, requests for production, and depositions including the third party deposition of Mark Rennie), expert disclosure dates, due dates for motions to compel, and the deadline for an indendant medical examination shall be taken off calendar and stayed pending the court's order on summary judgment.  If after the court issues its order on summary judgment any portion of this matter remains, the parties shall meet and confer and agree on resetting the above dates.

**SIGNATURE PAGE TO STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR DISCOVERY, MOTIONS TO COMPEL, EXPERT DISCLOSURES, AND INDEPENDENT PSYCHOLOGICAL EXAMINATIONS**

Dated:  June 28, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
MARGARET W. BAUMGARTNER
Deputy City Attorney

By: */s/ MARGARET W. BAUMGARTNER*
         MARGARET W. BAUMGARTNER

Attorneys for Defendants
SAN FRANCISCO POLICE DEPARTMENT,
CITY AND COUNTY OF SAN FRANCISCO,
MAYOR GAVIN NEWSOM, IN HIS OFFICIAL
CAPACITY, AND OFFICER LARRY BERTRAND

Dated:  June __, 2011

KAMALA HARRIS
Attorney General of California
JOHN P. DEVINE
Deputy Attorney General

By: */s/ John P. Devine*
         John P. Devine

Attorneys for Defendants
STATE OF CALIFORNIA, ACTING BY AND
THROUGH THE DEPARTMENT OF ALCOHOL
BEVERAGE CONTROL, AND MICHELLE OTT

| | |
|---|---|
| Dated: June __, 2011 | LIPTON, PIPER & SGANGA |

                                                      By:/s/ *Jon L. Piper*
                                                           Jon L. Piper
                                                           Attorneys for Plaintiffs

**\*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM THE OTHER SIGNATORIES.**

**ORDER**

Pursuant to stipulation, and for good cause appearing, IT IS ORDERED that deadlines for discovery, motions to compel discovery, expert disclosures, and for taking of any independent medical examination shall be taken off calendar and stayed pending the Court's decision on defendants' motion for summary judgment. Should any portion of this case remain after the Court's order on summary judgment, the parties shall meet and confer to agree on new deadlines.

DATED: June 29, 2011

_____
Hon. Maria-Elena James
Magistrate Judge

5

Stip & Order Cont. Pretrial Dates (3rd)- USDC No. 10-CV-1835-MEJ                    n:\lit\li2011\101102\00709009.doc

## PROOF OF SERVICE

I, Dorothy Silver, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On June 28, 2011, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES FOR MOTIONS TO COMPEL, EXPERT DISCLOSURES, AND INDEPENDENT PSYCHOLOGICAL EXAMINATIONS**

on the following persons at the locations specified:

Javier Magallon
1164 DeHaro Street
San Francisco, CA  94107
Telephone:     933-7898

*Plaintiffs In Pro Per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** ☐ **is attached** or ☐ **will be filed separately with the court.**

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed June 28, 2011, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　*//s//  Dorothy Silver*
　　　　　　　　　　　　　　　　　　　　　　　Dorothy Silver