UNITED STATES DISTRICT COURT

Northern District of California

MIKE QUAN                                                    No. C 10-01835 MEJ

                Plaintiff(s),                              JUDGMENT
   v.

SAN FRANCISCO POLICE DEPARTMENT

                Defendant(s).
_____/

     On September 27, 2012, the Court granted Defendants' motions (Docket Nos. 40 & 41) for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants on all counts and against Plaintiff. The Clerk of Court shall close the file in this matter.

     **IT IS SO ORDERED.**

Dated: September 27, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge